# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

CR25-00283 SI

UNITED STATES OF AMERICA,

V.

LARRY AMADOR,
JONATAS CALACIO COSTA, and
CARMEN VALERIO RAMOS,

DEFENDANT(S).

**FILED**

Sep 09 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of 500+ Grams of a Mixture and Substance Containing Methamphetamine;
21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Distribution of 40+ Grams of Fentanyl;
21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Distribution of 50+ Grams of a Mixture and Substance Containing Methamphetamine;
21 U.S.C. § 841(a)(1) and (b)(1)(B)(i) – Distribution of 100+ Grams of Heroin;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Cocaine;
18 U.S.C. § 2 – Aiding and Abetting

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 9th day of September 2025.

S. Ybarra
Clerk

Bail, $ Warrants (3)

Hon. Alex G. Tse, U.S. Magistrate Judge

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Sep 09 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR25-00283 SI |
|---|---|
| Plaintiff, | ) VIOLATIONS: |
| v. | ) 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of 500 Grams and More of a Mixture and Substance Containing Methamphetamine; |
| LARRY AMADOR, JONATAS CALACIO COSTA, and CARMEN VALERIO RAMOS, | ) 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Distribution of 40 Grams and More of Fentanyl; 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine; |
| Defendants. | ) 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i) – Distribution of 100 Grams and More of Heroin; 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Cocaine; 18 U.S.C. § 2 – Aiding and Abetting; 21 U.S.C. § 853 – Forfeiture Allegation |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Cocaine)

On or about March 29, 2024, in the Northern District of California, the defendant,

LARRY AMADOR,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

INDICTMENT

COUNT TWO: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine)

On or about July 11, 2024, in the Northern District of California, the defendants,

LARRY AMADOR, and
JONATAS CALACIO COSTA,

did knowingly and intentionally distribute, and did knowingly and intentionally aid and abet the distribution of, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

COUNT THREE: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Distribution of 40 Grams and More of a Mixture and Substance Containing Fentanyl)

On or about September 3, 2024, in the Northern District of California, the defendant,

JONATAS CALACIO COSTA,

did knowingly and intentionally distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

COUNT FOUR: (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine)

On or about September 3, 2024, in the Northern District of California, the defendant,

JONATAS CALACIO COSTA,

did knowingly and intentionally distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

COUNT FIVE: (21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of 500 Grams and More of a Mixture and Substance Containing Methamphetamine)

On or about October 10, 2024, in the Northern District of California, the defendants,

JONATAS CALACIO COSTA, and
CARMEN VALERIO RAMOS,

INDICTMENT                    2

did knowingly and intentionally distribute, and did knowingly and intentionally aid and abet the distribution of, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

COUNT SIX:    (21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) – Distribution of 40 Grams and More of a Mixture and Substance Containing Fentanyl)

On or about November 14, 2024, in the Northern District of California, the defendant,

JONATAS CALACIO COSTA,

did knowingly and intentionally distribute 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

COUNT SEVEN:    (21 U.S.C. § 841(a)(1) and (b)(1)(B)(i) – Distribution of 100 Grams and More of a Mixture and Substance Containing Heroin)

On or about December 20, 2024, in the Northern District of California, the defendant,

JONATAS CALACIO COSTA,

did knowingly and intentionally distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(i).

COUNT EIGHT:    (21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of 500 Grams and More of a Mixture and Substance Containing Methamphetamine)

On or about January 23, 2025, in the Northern District of California, the defendant,

JONATAS CALACIO COSTA,

did knowingly and intentionally distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

INDICTMENT                                              3

1 | <u>FORFEITURE ALLEGATION</u>:     (21 U.S.C. § 853)

2 | The allegations contained above are hereby re-alleged and incorporated by reference for the
3 | purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

4 | Upon conviction of any of the offenses alleged in Counts 1 through 8, above, the defendants,

5 | LARRY AMADOR,
  | JONATAS CALACIO COSTA, and
6 | CARMEN VALERIO RAMOS,

7 | shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title,
8 | and interest in any property constituting and derived from any proceeds defendant obtained, directly or
9 | indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or
10 | part, to commit or to facilitate the commission of such violations, including but not limited to a
11 | forfeiture money judgment.

12 | If any of the property described above, as a result of any act or omission of the defendants:

13 | a.   cannot be located upon exercise of due diligence;
14 | b.   has been transferred or sold to, or deposited with, a third party;
15 | c.   has been placed beyond the jurisdiction of the court;
16 | d.   has been substantially diminished in value; or
17 | e.   has been commingled with other property which cannot be divided without
18 |      difficulty,

19 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,
20 | United States Code, Section 853(p).
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

INDICTMENT                              4

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: September 9, 2025                          A TRUE BILL.

                                                                                          /s/ *Foreperson*
                                                                                          FOREPERSON
                                                                                          San Francisco, California

CRAIG H. MISSAKIAN
United States Attorney


/s/ *Nicholas Parker*
NICHOLAS M. PARKER
Assistant United States Attorney

INDICTMENT                                        5